# SCHLAM STONE & DOLAN LLP

PETER R. SCHLAM
HARVEY M. STONE
RICHARD H. DOLAN
JAMES C. SHERWOOD
THOMAS A. KISSANE
BENNETTE D. KRAMER
JOHN J.D. McFERRIN-CLANCY
JEFFREY M. EILENDER

26 BROADWAY
NEW YORK, N.Y. 10004

(212) 344-5400

TELECOPIER: (212) 344-7677

www.schlamstone.com

JOHN M. LUNDIN
ELIZABETH PRICKETT-MORGAN
LEAH M. CAMPBELL

February 15, 2005

**BY ELECTRONIC MAIL
and REGULAR MAIL**

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
1034 Federal Plaza
Central Islip, NY 11722

    Re:   *United States v. Elario Oliveira*
           **No. 04 CR 00625 (JS)**

Dear Judge Seybert:

    When Mr. Oliveira entered his guilty plea in the above matter, the Court set a control date of February 18, 2003, for the next status conference. We respectfully request that the scheduled status conference be adjourned for six months, to some time in August 2005. Assistant U.S. Attorney Burton Ryan has informed me that the Government consents to this request.

    Very truly yours,

    *Harvey M. Stone*

    Harvey M. Stone

HMS/bc

    cc:   (By fax and first-class mail)
           Burton Ryan, Esq.

00017911.WPD
#36950